R. Alexander Saveri (SBN 173102)
Geoffrey C. Rushing (SBN 126910)
Cadio Zirpoli (SBN 179108)
Sarah Van Culin (SBN 293181)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
Email: rick@saveri.com; geoff@saveri.com;
cadio@saveri.com; sarah@saveri.com

Joseph W. Cotchett (SBN 36324)
Adam J. Zapala (SBN 245748)
Elizabeth T. Castillo (SBN 280502)
Mark F. Ram (SBN 294050)
COTCHETT PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
Email: jcotchett@cpmlegal.com; azapala@cpmlegal.com;
ecastillo@cpmlegal.com; mram@cpmlegal.com

*Counsel for Plaintiffs John Treanor and onShore Networks of Illinois, L.L.C. (d/b/a onShore Networks, L.L.C.)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| MICHELLE JONES, *et al.*,<br>     Plaintiffs,<br><br>vs.<br><br>MICRON TECHNOLOGY, INC., *et al.*,<br>     Defendants. | CASE NO.: 4:18-cv-02518-JSW<br><br>**REPLY BRIEF IN SUPPORT OF MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS (ECF NO. 55)** |
| **This Document Relates To:**<br>**Case No. 4:18-cv-03805-JSW**<br><br>JOHN TREANOR, *et al.*,<br>     Plaintiffs,<br><br>vs.<br><br>MICRON TECHNOLOGY, INC., *et al.*,<br>     Defendants. | |

REPLY ISO MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL FOR DIRECT
PURCHASER PLAINTIFFS (ECF NO. 55) – Case No. 4:18-cv-02518-JSW

**This Document Also Relates To:**
**Case No. 4:18-cv-03905-JSW**

ONSHORE NETWORKS OF ILLINOIS, L.L.C. (D/B/A ONSHORE NETWORKS, L.L.C.), *et al.*,

              Plaintiffs,

              vs.

MICRON TECHNOLOGY, INC., *et al.*, Defendants.

Cotchett Pitre & McCarthy LLP ("CPM") and Saveri & Saveri, Inc. (the "Saveri Firm") submit this Reply Brief in support of their Motion to be appointed interim lead counsel in this action. ECF No. 55 (Aug. 1, 2018).

The arguments supporting the appointment of CPM and the Saveri Firm are set forth in their motion for appointment and their opposition to the motion filed by the Robins Kaplan firm (Opposition to Motion to Appoint Lead Plaintiff and Lead Counsel for Direct Purchaser Plaintiffs, ECF No. 82, filed December 3, 2018) and will not be repeated in this Reply. CPM and the Saveri Firm note, however, that the dispositive facts relating to this motion remain as stated in their Opposition brief, and are undisputed: 1) CPM and the Saveri Firm are well-qualified to lead this action on behalf of the Direct Purchaser Plaintiffs; 2) CPM and the Saveri Firm filed the first complaint on behalf of DPPs; and 3) most importantly, all of the Direct Purchaser Plaintiffs and their counsel in this action support the appointment of CPM and the Saveri Firm, with the exception of Robins Kaplan, who itself is moving for lead counsel (and its client).

In these circumstances, CPM and the Saveri Firm respectfully submit that the Court should grant their motion to be appointed interim co-lead counsel on behalf of the Direct Purchaser Plaintiffs.

Dated: January 7, 2019

*/s/ R. Alexander Saveri*
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
Sarah Van Culin
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA  94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
rick@saveri.com
geoff@saveri.com
cadio@saveri.com
sarah@saveri.com

*/s/ Joseph W. Cotchett*
Joseph W. Cotchett
Adam J. Zapala
Elizabeth T. Castillo
Mark F. Ram
**COTCHETT PITRE & McCARTHY, LLP**

REPLY ISO MOTION TO APPOINT LEAD PLAINTIFF AND LEAD COUNSEL FOR DIRECT PURCHASER PLAINTIFFS (ECF NO. 55) – Case No. 4:18-cv-02518-JSW – page 1

840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ecastillo@cpmlegal.com
mram@cpmlegal.com

**ATTESTATION**

I, R. Alexander Saveri, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from all signatories

                                                     */s/ R. Alexander Saveri*_____
                                                     R. Alexander Saveri