Aaron M. Sheanin (SBN 214472)
Tai S. Milder (SBN 267070)
**ROBINS KAPLAN LLP**
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: 650-784-4040
Facsimile: 650-784-4041
ASheanin@RobinsKaplan.com
TMilder@RobinsKaplan.com

Hollis Salzman
Kellie Lerner
Nahid A. Shaikh
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: 212-980-7400
Facsimile: 212-980-7499
HSalzman@RobinsKaplan.com
KLerner@RobinsKaplan.com
NShaikh@RobinsKaplan.com

*Counsel for Plaintiff Stuart Bryant and the Proposed Class*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MICHELLE JONES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., *et al.*,<br><br>Defendants. | Case No. 4:18-cv-02518-JSW<br><br>**PLAINTIFF STUART BRYANT'S REPLY IN SUPPORT OF MOTION TO APPOINT ROBINS KAPLAN LLP AS INTERIM LEAD OR CO-LEAD CLASS COUNSEL FOR DIRECT PURCHASER PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(g)** |
| **This Document Relates To:**<br><br>ALL DIRECT PURCHASER ACTIONS | Date: TBD<br>Time: TBD<br>Location: Courtroom 5<br>Judge: Jeffrey S. White |

PLAINTIFF STUART BRYANT'S REPLY IN SUPPORT OF MOTION TO APPOINT
ROBINS KAPLAN LLP AS INTERIM LEAD OR CO-LEAD CLASS
COUNSEL FOR DIRECT PURCHASER PLAINTIFFS
PURSUANT TO FED. R. CIV. P. 23(g)

Case No. 4:18-cv-02518-JSW

Robins Kaplan LLP remains the most qualified firm for appointment as interim lead or co-lead counsel on behalf of direct purchasers in the DRAM antitrust litigation. As described throughout the briefing, Robins Kaplan readily satisfies the requirements for appointment under Rule 23(g). Robins Kaplan has demonstrated its: (1) work in identifying and investigating potential claims; (2) unparalleled experience in successfully prosecuting and trying complex class and non-class antitrust actions involving electronic components and other industries; (3) depth and breadth of knowledge concerning antitrust law developed through the firm's nationwide practice; and (4) extraordinary resources the firm will bring to bear on behalf of direct purchasers of DRAM and finished products containing DRAM. Robins Kaplan has continued its investigation since filing this case and has uncovered additional evidence that defendants are reducing their capacity expansion plans and slowing their production plans to avoid price competition.

The competing motion by the Saveri/Cotchett firms emphasizes that they filed the first of the related direct purchaser actions. Similarly, Robins Kaplan was the first firm to file a case seeking to vindicate the rights of direct purchasers of finished products containing DRAM in addition to direct DRAM purchasers. In light of the procedural posture of this litigation, where the schedule for the direct purchaser cases follows that of the indirect purchaser cases, the first-to-file status is of no particular moment. While the Saveri/Cotchett firms also point to their relationships with other direct purchaser counsel, Robins Kaplan has a long and successful track record of working as co-counsel with the attorneys and firms that represent direct purchasers, indirect purchasers, and defendants here. For example, Robins Kaplan serves as co-lead counsel with the Cotchett firm on behalf of end-payor plaintiffs in *In re Automotive Parts Antitrust Litigation*, MDL No. 2311, and Robins Kaplan attorneys have served as co-lead counsel with the Saveri firm in *In re Lithium Ion Batteries Antitrust Litigation*, MDL No. 2420 (N.D. Cal.). There is no question that Robins Kaplan will continue these cooperative relationships to efficiently and effectively litigate this case.

In sum, Robins Kaplan is best-positioned to achieve successful results for the proposed class of direct purchaser plaintiffs and should be appointed as interim lead or co-lead counsel.

PLAINTIFF STUART BRYANT'S REPLY IN SUPPORT OF MOTION TO APPOINT ROBINS KAPLAN LLP AS INTERIM LEAD OR CO-LEAD CLASS COUNSEL FOR DIRECT PURCHASER PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(g)

1

Case No. 4:18-cv-02518-JSW

| | | |
|---|---|---|
| 1 | DATED: January 7, 2019 | */s/ Aaron M. Sheanin* |
| 2 | | Aaron M. Sheanin (SBN 214472) |
| 3 | | Tai S. Milder (SBN 267070) |
| | | **ROBINS KAPLAN LLP** |
| 4 | | 2440 West El Camino Real, Suite 100 |
| | | Mountain View, CA 94040 |
| 5 | | Telephone: 650-784-4040 |
| 6 | | Facsimile: 650-784-4041 |
| | | *ASheanin@RobinsKaplan.com* |
| 7 | | *TMilder@RobinsKaplan.com* |

Hollis Salzman
Kellie Lerner
Nahid A. Shaikh
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Telephone: 212-980-7400
Facsimile: 212-980-7499
*HSalzman@RobinsKaplan.com*
*KLerner@RobinsKaplan.com*
*NShaikh@RobinsKaplan.com*

Samuel J. Strauss
**TURKE & STRAUSS LLP**
613 Williamson Street, #201
Madison, WI 53703
Telephone: 608-237-1775
Facsimile: 608-509-4423
*Sam@TurkeStrauss.com*

*Counsel for Plaintiff Stuart Bryant
and the Proposed Class*

PLAINTIFF STUART BRYANT'S REPLY IN SUPPORT OF MOTION TO
APPOINT ROBINS KAPLAN LLP AS INTERIM LEAD OR CO-LEAD CLASS
COUNSEL FOR DIRECT PURCHASER PLAINTIFFS
PURSUANT TO FED. R. CIV. P. 23(g)

2

Case No. 4:18-cv-02518-JSW

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, I electronically filed the foregoing document entitled **PLAINTIFF STUART BRYANT'S REPLY IN SUPPORT OF MOTION TO APPOINT ROBINS KAPLAN LLP AS INTERIM LEAD OR CO-LEAD CLASS COUNSEL FOR DIRECT PURCHASER PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(g)** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Aaron M. Sheanin*
Aaron M. Sheanin

PLAINTIFF STUART BRYANT'S REPLY IN SUPPORT OF MOTION TO APPOINT ROBINS KAPLAN LLP AS INTERIM LEAD OR CO-LEAD CLASS COUNSEL FOR DIRECT PURCHASER PLAINTIFFS PURSUANT TO FED. R. CIV. P. 23(g)

3

Case No. 4:18-cv-02518-JSW