Terry Gross, terry@grossbelsky.com (SBN 103878)
Adam C. Belsky, adam@grossbelsky.com (SBN 147800)
GROSS & BELSKY P.C.
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 544-0200
Facsimile: (415) 544-0201

RANDY RENICK (SBN 179652)
HADSELL STORMER & RENICK, LLP
Email: rrr@hadsellstormer.com
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103-3645
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

ROBERT J. BONSIGNORE, Esq.
BONSIGNORE TRIAL LAWYERS, PLLC
Email: rbonsignore@classactions.us
3771 Meadowcrest Drive
Las Vegas, NV 89121
Telephone: 781-856-7650

Attorneys for Plaintiff TECHNOLOGY HOUSE CALL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MICHELE JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MICRON TECHOLOGY INC., et al.,<br><br>Defendants.<br><br>**This Document Relates To:**<br><br>**All Direct Purchaser Cases** | Case No. 18-cv-02518-JSW<br><br>**STATEMENT OF PLAINTIFF TECHNOLOGY HOUSE CALL, GROSS & BELSKY P.C., HADSELL STORMER & RENICK, LLP, AND BONSIGNORE TRIAL LAWYERS, PLLC IN SUPPORT OF MOTION TO APPOINT COTCHETT, PITRE, & McCARTHY, LLP AND SAVERI & SAVERI, INC. CO-LEAD CLASS COUNSEL FOR DIRECT PURCHASER PLAINTIFF CLASS**<br><br>Date:  TBD<br>Time:  TBD<br>Location:  Courtroom 5, 2nd Floor<br>Judge:  Jeffrey S. White |

Pursuant to the Court's September 18, 2018 Order Setting Briefing Schedules for Motion to Dismiss and Motion to Appoint Lead Counsel (ECF No. 75), Plaintiff TECHNOLOGY HOUSE CALL and its Counsel GROSS & BELSKY P.C., HADSELL STORMER & RENICK, LLP, AND BONSIGNORE TRIAL LAWYERS, PLLC submit this statement in support of the motion to appoint Cotchett, Pitre & McCarthy, LLP ("CPM") and Saveri & Saveri, Inc. (the "Saveri Firm") co-lead class counsel for the direct purchaser plaintiffs (ECF No. 55) ("Motion").

This complex case will require committed, efficient leadership, and significant financial resources. Plaintiff Technology House Call and its Counsel Gross & Belsky P.C., Hadsell Stormer & Renick, LLP, and Bonsignore Trial Lawyers, PLLC support CPM and the Saveri Firm's Motion based on the success and experience these firms and their lawyers will bring to the litigation. This success is measured by the amounts recovered for clients in challenging cases, as well as the efficiency of the results.  As set forth in the Motion, CPM and the Saveri Firm have an impressive track record litigating large antitrust class action in this District.

In addition, the Saveri Firm was co-lead counsel for the direct purchasers in the first DRAM antitrust cases, *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation,* MDL No. 1486 ("*DRAM I*"), and obtained extraordinary results for the class. Counsel Terry Gross was Chair of the Plaintiffs Executive Committee for the Indirect Purchaser Plaintiffs in the *DRAM I* case, and in that position worked closely with the Saveri Firm, and personally observed the exceptional results and the cooperative working environment directed by the Saveri Firm.  Moreover, the Saveri Firm, due to its co-lead counsel position in the *DRAM  I* cases, has superior knowledge of the workings of the DRAM industry that will enhance any work that firm does as co-lead counsel in this case.

Counsel Gross & Belsky P.C., Hadsell Stormer & Renick, LLP, and Bonsignore Trial Lawyers, PLLC support CPM and the Saveri Firm because we have worked with them and know from experience that they maximize the recovery for their clients, minimize expense to the extent feasible, and are able to work cooperatively with their co-

counsel and opposing counsel.

As outlined in the Motion, CPM and the Saveri Firm satisfy the factors set forth in Rule 23(g) for appointment of interim lead counsel. In addition to the Rule 23(g) factors, the *Manual for Complex Litigation* suggests that courts consider counsel's "ability to command the respect of their colleagues" when appointing interim lead counsel. Manual for Complex Litigation, Fourth, §10.224. CPM and the Saveri Firm have the respect of their colleagues as demonstrated by the fact that four out of the five plaintiffs and their lawyers that have filed complaints on behalf of the DPPs—*i.e.*, all but Robins Kaplan and its client—support CPM and the Saveri Firm leading the DPP litigation. Because trust and consensus are important, Gross & Belsky P.C., Hadsell Stormer & Renick, LLP, and Bonsignore Trial Lawyers, PLLC believe that appointing lead counsel who have the support of the majority of the other plaintiff firms is far superior than selecting one firm.

We spoke with CPM and the Saveri Firm about their leadership application and while neither has promised our firm any work or role in the case, we know from working with them in other cases that they will draw upon the skills and expertise of qualified attorneys when necessary and beneficial to the class. Counsel Gross & Belsky P.C., Hadsell Stormer & Renick, LLP, and Bonsignore Trial Lawyers, PLLC stand ready to support CPM and the Saveri Firm, or whomever the Court appoints, either through a Court appointment to a steering or executive committee, or at the request of any lead counsel the Court appoints.

///
///
///
///
///
///
///
///

1 | We are confident that if the Court appoints CPM and the Saveri Firm, the Class and
2 | the Court will be more than satisfied with their work and dedication to the case.
3 | Dated: January 7, 2019                    GROSS & BELSKY P.C.

By: /s/ *Terry Gross* .
        TERRY GROSS

Terry Gross (SBN 103878)
Adam C. Belsky (SBN 147800)
GROSS & BELSKY P.C.
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (415) 544-0200
Facsimile: (415) 544-0201

Randy Renick (SBN 179652)
HADSELL STORMER & RENICK, LLP
Email: rrr@hadsellstormer.com
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103-3645
Telephone: (626) 585-9600
Facsimile: (626) 577-7079

ROBERT J. BONSIGNORE, Esq.
BONSIGNORE TRIAL LAWYERS, PLLC
Email: rbonsignore@classactions.us
3771 Meadowcrest Drive
Las Vegas, NV 89121
Telephone: 781-856-7650

*Attorneys for Plaintiff Technology House Call*

# CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2019, I electronically filed the foregoing document entitled **STATEMENT OF PLAINTIFF TECHNOLOGY HOUSE CALL, GROSS & BELSKY P.C., HADSELL STORMER & RENICK, LLP, AND BONSIGNORE TRIAL LAWYERS, PLLC IN SUPPORT OF MOTION TO APPOINT COTCHETT, PITRE, & McCARTHY, LLP AND SAVERI & SAVERI, INC. CO-LEAD CLASS COUNSEL FOR DIRECT PURCHASER PLAINTIFF CLASS** with the Clerk of the Court for the United States District Court, Northern District of California using the CM/ECF system and served a copy of same upon all counsel of record via the Court's electronic filing system.

*/s/ Terry Gross*
Terry Gross