Steve W. Berman (*pro hac vice*)
Anthony Shapiro (*pro hac vice*)
Ronnie Spiegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
tony@hbsslaw.com
ronnie@hbsslaw.com

Jeff D. Friedman (173886)
Benjamin J. Siegel (256260)
Rio S. Pierce (298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com
bens@hbsslaw.com
riop@hbsslaw.com

*Attorneys for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE JONES, DAVID LAIETTA, KIMBERLY YORK, BENJAMIN MURRAY, WANDA DURYEA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC., SK HYNIX, INC. (F/K/A HYNIX SEMICONDUCTOR, INC.), SK HYNIX AMERICA, INC. (F/K/A HYNIX SEMICONDUCTOR AMERICA, INC.),<br><br>Defendants. | Case No. 4:18-cv-02518-JSW<br><br>The Honorable Jeffrey S. White<br><br>INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF RECENT DECISION |

010742-11 1171549 V1

On August 13, 2019, Defendants[1] filed a Statement of Recent Decision (ECF No. 96), attaching a decision from the U.S. District Court for the District of Minnesota in *In re Pork Antitrust Litigation*, No. 18-cv-01776-JRT-HB, dated August 8, 2019 (ECF No. 361). Indirect Purchaser Plaintiffs (Plaintiffs) submit that Defendants' summary of the decision is incomplete because it (1) omits that Plaintiffs' parallel conduct allegations in that case were found to be insufficient because "Plaintiffs rely almost exclusively on industry-wide data" (slip. op. at 20[2]), rather than allegations of actions and statements by and about the individual defendants, apart from defendant Smithfield (slip. op. at 20, 22), and (2) omits that the decision discusses the types of "plus factors" which support finding that allegations of a conspiracy are plausible (slip op. at 17-18).

Plaintiffs also note that Defendants' Statement of Recent Decision is procedurally improper because they did not seek leave of Court to file supplemental authority well after the noticed motion to dismiss hearing date, which is required by Local Rule 7-3(d). If the Court would find it helpful, Plaintiffs can brief the relevance of the *Pork* decision to Defendants' pending motions in this case.

DATED: August 16, 2019               HAGENS BERMAN SOBOL SHAPIRO LLP


                                     By     s/ Steve W. Berman
                                          STEVE W. BERMAN (*pro hac vice*)

                                     Anthony Shapiro (*pro hac vice*)
                                     Ronnie Spiegel (*pro hac vice*)
                                     HAGENS BERMAN SOBOL SHAPIRO LLP
                                     1301 Second Ave, Suite 2000
                                     Seattle, WA 98101
                                     (206) 623-7292
                                     steve@hbsslaw.com
                                     tony@hbsslaw.com
                                     ronnie@hbsslaw.com

                                     Jeff D. Friedman (173886)
                                     Benjamin J. Siegel (256260)
                                     Rio S. Pierce (298297)

---

[1] Micron Technology, Inc., Micron Semiconductor Products, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., SK Hynix, Inc., and SK Hynix America, Inc.

[2] Defendants attached the slip opinion to their Statement of Recent Decision as Exhibit A.

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
(510) 725-3000
jefff@hbsslaw.com
bens@hbsslaw.com
riop@hbsslaw.com

Elaine T. Byszewski (222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA  91101
(213) 330-7150
elaine@hbsslaw.com

*Attorneys for Indirect Purchaser Plaintiffs*

RESPONSE TO DEFENDANTS' STATEMENT OF
RECENT DECISION - Case No.: 4:18-cv-02518-JSW      -2-
010742-11 1048367 V1