Steve W. Berman (*pro hac vice*)
Anthony Shapiro (*pro hac vice*)
Ronnie Spiegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tony@hbsslaw.com
ronnie@hbsslaw.com

Benjamin J. Siegel (256260)
Rio S. Pierce (298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw.com
riop@hbsslaw.com

*Attorneys for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) INDIRECT PURCHASER ANTITRUST LITIGATION | Case No. 4:18-cv-02518-JSW-KAL<br><br>NOTICE OF WITHDRAWAL OF JEFF D. FRIEDMAN |
|---|---|

010742-11 1223647v1

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Jeff D. Friedman is no longer associated with Hagens Berman Sobol Shapiro LLP, and hereby withdraws as counsel for indirect purchaser plaintiffs in the above-captioned matter. It is hereby requested that Mr. Friedman's name be removed from the case docket and from the court's e-notification system in this matter. All other counsel of record for indirect purchaser plaintiffs remain unchanged.

DATED: January 17, 2020	HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/ Steve W. Berman
 STEVE W. BERMAN

Anthony D. Shapiro (*pro hac vice*)
Ronnie Spiegel (*pro hac vice*)
1301 Second Ave, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tony@hbsslaw.com
ronnie@hbsslaw.com

Benjamin J. Siegel (256260)
Rio S. Pierce (298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw,com
riop@hbsslaw.com