IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:   202 383 5300
Facsimile:   202 383 5414

*Attorney for Defendants Samsung
Electronics Co., Ltd. and Samsung
Semiconductor, Inc.*

NATHAN P. EIMER (*pro hac vice*)
neimer@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, Illinois 60604
Telephone:   312 660 7601
Facsimile:   312 692 1718

*Attorney for Defendants SK hynix
Inc., and SK hynix America, Inc.*

HARRISON (BUZZ) FRAHN (S.B. #206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California 94304
Telephone:   650 251 5065
Facsimile:   650 251 5002

*Attorney for Defendants Micron Technology,
Inc. and Micron Semiconductor Products, Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|  |  |
|---|---|
| In re Dynamic Random Access Memory (DRAM) Indirect Purchaser Antitrust Litigation | Case No. 4:18-cv-02518-JSW-KAW |
|  | **Defendants' Statement of Recent Decision** |
|  | Hearing Date:            TBD |
|  | Time:                         TBD |
|  | Place:      Courtroom 5, 2nd Floor |
|  | Judge:      Hon. Jeffrey S. White |

1    Pursuant to Local Rule 7-3(d)(2), Defendants Micron Technology, Inc., Micron

2   Semiconductor Products, Inc., Samsung Electronics Co., Ltd., Samsung Semiconduc-

3   tor, Inc., SK hynix, Inc., and SK hynix America, Inc., respectfully submit this State-

4   ment of Recent Decision calling the Court's attention to the recent decision of the U.S.

5   District Court for the Northern District of Illinois in *Washington County Health Care*

6   *Authority, Inc. v. Baxter International Inc.*, No. 16-cv-10324, Dkt. No. 162 (N.D. Ill.

7   Apr. 3, 2020) (slip op. attached as Exhibit A). The decision addresses the insufficiency

8   of plus-factor allegations—including allegations premised on conversations with a

9   confidential witness—in dismissing with prejudice a second consolidated amended

10   complaint in an allegedly concentrated market.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFS.' STATEMENT OF RECENT
DECISION. — 4:18-CV-02518-JSW-KAW

1    Dated: April 7, 2020                    Respectfully submitted,

2                                            By:    */s/ Ian Simmons*
                                                    Ian Simmons
3
                                            IAN SIMMONS (*pro hac vice*)
4                                           isimmons@omm.com
                                            BRIAN P. QUINN (*pro hac vice*)
5                                           bquinn@omm.com
                                            O'MELVENY & MYERS LLP
6                                           1625 Eye Street, N.W.
                                            Washington, DC 20006
7                                           Telephone:  +1 202 383 5300
                                            Facsimile:   +1 202 383 5414
8
                                            STEPHEN J. MCINTYRE (S.B. #274481)
9                                           smcintyre@omm.com
                                            O'MELVENY & MYERS LLP
10                                          400 South Hope Street, 18th Floor
                                            Los Angeles, CA 90071
11                                          Telephone:  +1 213 430 6000
                                            Facsimile:   +1 213 430 6407
12
                                            *Attorneys for Defendants Samsung*
13                                          *Electronics Co., Ltd. and Samsung*
                                            *Semiconductor, Inc.*
14

15                                          By:    */s/ Harrison Frahn*
                                                    Harrison (Buzz) Frahn
16
                                            HARRISON (BUZZ) FRAHN (S.B. #206822)
17                                          hfrahn@stblaw.com
                                            SIMPSON THACHER & BARTLETT LLP
18                                          2475 Hanover Street
                                            Palo Alto, California 94304
19                                          Telephone:  +1 650 251 5065

20                                          JOHN TERZAKEN (*pro hac vice*)
                                            jterzaken@stblaw.com
21                                          ABRAM J. ELLIS (*pro hac vice*)
                                            aellis@stblaw.com
22                                          SIMPSON THACHER & BARTLETT LLP
                                            900 G Street N.W.
23                                          Washington, DC 20001
                                            Telephone: +1 202 636 5500
24
                                            *Attorneys for Defendants Micron*
25                                          *Technology, Inc. and Micron Semiconductor*
                                            *Products, Inc.*
26

27

28

By:    */s/ Nathan P. Eimer*
        Nathan P. Eimer

NATHAN P. EIMER (*pro hac vice*)
neimer@eimerstahl.com
VANESSA G. JACOBSEN (*pro hac vice*)
vjacobsen@eimerstahl.com
JACOB M. HAMANN (*pro hac vice*)
jhamann@eimerstahl.com
BRIAN Y. CHANG (S.B. #287757)
bchang@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: +1 312 660 7600

*Attorneys for Defendants SK hynix, Inc.
and SK hynix America, Inc.*

1

## ATTESTATION OF CONCURRENCE IN FILING

2          Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the

3    filing of this Statement of Recent Decision and the accompanying exhibit has been

4    obtained from each of the signatories.

5

6          Dated: April 7, 2020                    Respectfully submitted,

7                                                  By:    */s/ Ian Simmons*
                                                         Ian Simmons
8
                                                   IAN SIMMONS (*pro hac vice*)
9                                                  isimmons@omm.com
                                                   O'MELVENY & MYERS LLP
10                                                 1625 Eye Street, N.W.
                                                   Washington, DC 20006
11                                                 Telephone:  +1 202 383 5300
                                                   Facsimile:   +1 202 383 5414
12
                                                   *Attorney for Defendants Samsung*
13                                                 *Electronics Co., Ltd. and Samsung*
                                                   *Semiconductor, Inc.*
14
     cc: All Counsel of Record (via ECF)
15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFS.' STATEMENT OF RECENT
                                            DECISION. — 4:18-CV-02518-JSW-KAW

1

## CERTIFICATE OF SERVICE

2        I hereby certify that on April 7, 2020, I electronically filed the foregoing State-

3   ment of Recent Decision with the Clerk of the Court using the CM/ECF system, which

4   distributed notification to all counsel of record.

5

6        Dated: April 7, 2020                    Respectfully submitted,

7                                                By:   */s/ Ian Simmons*
                                                       Ian Simmons
8
                                                IAN SIMMONS (*pro hac vice*)
9                                               isimmons@omm.com
                                                O'MELVENY & MYERS LLP
10                                              1625 Eye Street, N.W.
                                                Washington, DC 20006
11                                              Telephone:  +1 202 383 5300
                                                Facsimile:   +1 202 383 5414
12
                                                *Attorney for Defendants Samsung*
13                                              *Electronics Co., Ltd. and Samsung*
                                                *Semiconductor, Inc.*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFS.' STATEMENT OF RECENT
                                                DECISION. — 4:18-CV-02518-JSW-KAW