Steve W. Berman (*pro hac vice*)
Anthony Shapiro (*pro hac vice*)
Ronnie Spiegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tony@hbsslaw.com
ronnie@hbsslaw.com

Benjamin J. Siegel (256260)
Rio S. Pierce (298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
bens@hbsslaw.com
riop@hbsslaw.com

*Attorneys for Indirect Purchaser Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) DIRECT PURCHASER ANTITRUST LITIGATION | Case No. 4:18-cv-02518-JSW-KAW<br><br>PLAINTIFFS' STATEMENT OF RECENT DECISION |

Pursuant to Local Rule 7-3(d)(2), Plaintiffs respectfully submit this Statement of Recent Decision calling the Court's attention to the recent decision of the U.S. District Court for the Eastern District of Virginia in *D& M Farms v. Birdsong Corp.*, No. 19-cv-463, attached hereto as Attachment A. The decision addresses the sufficiency of factual allegations, considered in their totality, to give rise to a plausible inference of a price-fixing conspiracy.

DATED: June 3, 2020

HAGENS BERMAN SOBOL SHAPIRO LLP

By  s/ Steve W. Berman
  STEVE W. BERMAN

Anthony D. Shapiro (pro hac vice)
Ronnie Spiegel (pro hac vice)
1301 Second Ave, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
tony@hbsslaw.com
ronnie@hbsslaw.com

Benjamin J. Siegel (256260)
Rio S. Pierce (298297)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
bens@hbsslaw,com
riop@hbsslaw.com

Steven J. Greenfogel
Mindee J. Reuben
LITE DEPALMA GREENBERG LLC
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Telephone: (267) 519-8306
Facsimile: (973) 623-0858
sgreenfogel@litedepalma.com
mreuben@litedepalma.com

Robert G. Eisler (*pro hac vice*)
GRANT & EISENHOFER, P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 622-7000

CAPTION – Case Nos. 4:18-cv-02518-JSW, 4:18-cv-03805-JSW

Facsimile: (302) 622-7100
reisler@gelaw.com

Simon Bahne Paris
Patrick Howard
Charles J. Kocher
SALTZ, MONGELUZZI, BARRETT
& BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Place
Philadelphia, PA19103
Telephone: (215) 575-3986
Facsimile: (215) 496-0999
sparis@smbb.com
phoward@smbb.com
ckocher@smbb.com

*Counsel for Plaintiffs and the Indirect Purchaser Classes*