UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) INDIRECT PURCHASER LITIGATION | Case No. 4:18-cv-02518-JSW-KAW<br><br>**JUDGMENT**<br><br>Re: Dkt. No. 121 |

On November 24, 2020, the Court issued an Order granting, in part, and denying, in part, Defendants' motion to dismiss with prejudice. On December 18, 2020, the parties filed a motion requesting entry for judgment in light of the reasoning set forth in the summary judgment Order. The parties agree that the Court's finding that Plaintiffs have failed to plead a conspiracy disposes of the remaining state law claims for antitrust violations. (*See* Dkt. No. 121.) Accordingly, the Court GRANTS the parties' joint motion, and judgment is entered in favor of Defendants and against Plaintiffs on Plaintiffs' claims for relief.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 21, 2020

_____
JEFFREY S. WHITE
United States District Judge

1