Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Rio S. Pierce (298297)
Benjamin J. Siegel (256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
riop@hbsslaw.com
bens@hbsslaw.com

*Attorneys for Indirect Purchaser Plaintiffs-Appellants*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) INDIRECT PURCHASER ANTITRUST LITIGATION | Case No. 4:18-cv-02518-JSW-KAW<br><br>PLAINTIFFS' NOTICE OF APPEAL |

010742-11/1425946 V1

NOTICE IS GIVEN that Indirect Purchaser Plaintiffs,[1] on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment entered on December 21, 2020 (ECF No. 122).

DATED: January 19, 2021              HAGENS BERMAN SOBOL SHAPIRO LLP

By   s/ *Steve W. Berman*
     STEVE W. BERMAN (*pro hac vice*)

1301 Second Ave, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Rio S. Pierce (298297)
Benjamin J. Siegel (256260)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
riop@hbsslaw.com
bens@hbsslaw.com

Steven J. Greenfogel
Mindee J. Reuben
LITE DEPALMA GREENBERG & AFANADOR
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Telephone: (267) 519-8306
Facsimile:  (973) 623-0858
sgreenfogel@litedepalma.com
mreuben@litedepalma.com

Robert G. Eisler (*pro hac vice*)
GRANT & EISENHOFER, P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile:  (302) 622-7100
reisler@gelaw.com

---

[1] The Indirect Purchaser Plaintiffs are Michele Jones, David Laietta, Kimberly York, Benjamin Murray, Wanda Duryea, Celeste Martins, and Joseph P. Realdine.

PLS.' NOTICE OF APPEAL
Case No. 4:18-cv-02518-JSW-KAW                 -1-
010742-11/1425946 V1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Simon Bahne Paris
Patrick Howard
SALTZ, MONGELUZZI, BARRETT
& BENDESKY, P.C.
One Liberty Place, 52nd Floor
1650 Market Place
Philadelphia, PA19103
Telephone: (215) 575-3986
Facsimile:  (215) 496-0999
sparis@smbb.com
phoward@smbb.com

*Counsel for Indirect Purchaser Plaintiffs-Appellants*