UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 24 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: DYNAMIC RANDOM ACCESS MEMORY (DRAM) INDIRECT PURCHASER ANTITRUST LITIGATION, <br><br> ------------------------------ <br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>     Plaintiff - Appellant, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD.; et al., <br><br>     Defendants - Appellees. | No. 21-15125 <br><br> D.C. No. 4:18-cv-02518-JSW <br> U.S. District Court for Northern California, Oakland <br><br> **MANDATE** |

The judgment of this Court, entered March 07, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT

    By: Jessica Flores
    Deputy Clerk
    Ninth Circuit Rule 27-7